YONKERS SAVINGS BANK, Respondent, *v.* FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.

*Yonkers Savings Bank* v. *Fidelity & Casualty Co. of New York*, 173 App. Div. 153, affirmed.

(Argued November 15, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a policy of liability insurance by the terms of which defendant agreed to indemnify

plaintiff against loss arising from elevator accidents in its building. The defense was that at the time of the accident the elevator was being operated by a person under the age of eighteen employed by plaintiff in violation of a clause of the policy. The proof showed that though the operator at the time of the accident was under the age of eighteen, he was not in the employ of plaintiff. The trial court and Appellate Division, therefore, held the clause inapplicable.

*Edward P. Mowton* for appellant.

*John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.